NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARRIAGE HOUSE WEST II ASSOCIATES, LP,**
*Plaintiff-Appellant*

**CARRIAGE HOUSE WEST III ASSOCIATES, LP,**
*Plaintiff-Appellant*

**EMORY GROVE, L.P.,**
*Plaintiff-Appellant*

**GLENARDEN L.P., DANIEL M. LYONS, LESTER M. LEWIS, CHARLOTTE K. LERIS, SAMUEL J. GORLITZ, GRACE K. GORLITZ, and BETTY C. LYONS LIVING TRUST,**
*Plaintiffs-Appellants*

**UNITED COMPANY, L.P.,**
*Plaintiff-Appellant*

**CARRIAGE HOUSE OF MISHAWAKA ASSOCIATES I LP,**
*Plaintiff-Appellant*

**CARRIAGE HOUSE OF ELKHART ASSOCIATES, LP,**
*Plaintiff-Appellant*

**CARRIAGE HOUSE WEST I ASSOCIATES, LP,**
*Plaintiff-Appellant*

v.

Case: 13-5132    Document: 29    Page: 2    Filed: 07/13/2015

2                                    CARRIAGE HOUSE WEST II ASSOC v. US

**UNITED STATES,**
*Defendant-Appellee*

---

2013-5132, -5133, -5135, -5137, -5138, -5140, -5141, -5143

---

Appeals from the United States Court of Federal Claims in Nos. 97-CV-5820, 97-CV-5821, 97-CV-5824, 97-CV-5825, 97-CV-5826, 97-CV-5829, 97-CV-5830, and 97-CV-5831, Judge Edward J. Damich.

---

### O R D E R

Each appellant in the above-captioned appeals informs the court of its unopposed request to lift the stay, consolidate the appeals, and to set the briefing schedule. Appellants propose filing a single brief to address all eight appeals and that the court hear all eight appeals in a single oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay is lifted. The above-captioned appeals are consolidated, and the revised official caption is reflected above. Appellants collectively shall file a single opening brief no later than August 31, 2015. The United States' response brief is due no later than October 30, 2015. Appellants collectively shall file a single reply brief no later than November 30, 2015. Oral argument will be set by a subsequent order.

CARRIAGE HOUSE WEST II ASSOC v. US                              3

                                                   FOR THE COURT

                                                   /s/   Daniel E. O'Toole
                                                 Daniel E. O'Toole
                                                 Clerk of Court

s31